IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| STANLEY G. HASKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-00096 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Stanley G. Haskins' Motion for Judgment on the Pleadings (Doc. No. 14) ("Motion"), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 17) ("Response"). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation (Doc. No. 19) ("Report") finding that, "the decision of the ALJ is supported by substantial evidence and deserving of affirmance." *Id.* at 12. Magistrate Judge Bryant recommended that Plaintiff's Motion be denied and that the Social Security Administration's decision be affirmed. *Id.* at 13. The Report was filed on July 26, 2010, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this 30th day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT